**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 26-1023**

ERNEST KOFI ANTWI,

        Plaintiff - Appellant,

    v.

CPT KADE A. WILLIAMS, PSYD,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:25-cv-00567-JAG)

Submitted:  June 18, 2026                                    Decided:  June 24, 2026

Before GREGORY and RUSHING, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ernest Kofi Antwi, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ernest Kofi Antwi appeals the district court's order dismissing his second amended civil action for failure to state a claim and for lack of subject matter jurisdiction.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Antwi v. Williams*, No. 3:25-cv-00567-JAG (E.D. Va. Dec. 15, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Antwi has moved to remand the case, and we deny this motion.

2